Argued and submitted November 30, conviction affirmed; remanded for
resentencing December 23, 1992

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD WILLIAM BOUSKA,
*Appellant.*

(90CR-1746; CA A72198)

842 P2d 815

Stephen J. Williams, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of theft in the first degree. He appeals, challenging only the special conditions of his probation. ORS 138.060; ORS 138.053(1)(c). He was ordered to enroll in an alcohol treatment program, abstain from using intoxicants and voluntarily submit to breath or blood tests when requested by his probation officer.

The state concedes that there was no connection between the consumption of alcohol and commission of the crime. We accept the concession.

Conviction affirmed; remanded for resentencing.